1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  OWEN P. MARTIKAN (SBN 177104)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102-3495
       Telephone:    (415) 436-7241
6      Facsimile:    (415) 436-6748
       Email:        owen.martikan@usdoj.gov
7
   Attorneys for Defendant
8
                 UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11
   FEMSPEC, L.L.C., a Delaware Limited   )   No. C 06-2719 JCS
12 Liability Corporation,                )   **E-FILING CASE**
                                         )
13                      Plaintiff,       )
                                         )   **STIPULATION TO EXTEND TIME**
14              v.                       )   **FOR DEFENDANT TO RESPOND TO**
                                         )   **COMPLAINT**
15 JONATHAN W. DUDAS, Director of the    )
   United States Patent & Trademark Office, )
16                                       )
                        Defendant.       )
17 _____)

18       The parties stipulate that defendant Jonathan Dudas may have a continuance of 14 days

19 by which to answer or otherwise respond to plaintiff's complaint.

20       So stipulated.

21 DATED: June 30, 2006              Luce, Forward, Hamilton & Scripps LLP

22

23

24                                   NICOLA A PISANO, ESQ.
                                     Attorney for Plaintiff
25 DATED: June 30, 2006              KEVIN V. RYAN
                                     United States Attorney
26

27    Dated:  July 10, 2006

28                                   OWEN P. MARTIKAN
                                     Assistant United States Attorney
                                     Attorney for Defendant

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA